USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/7/2021

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

Domingo Minier,

                    Petitioner,

        -against-

United States of America,

                    Respondent.

---------------------------------------------------------------X

19 **CIVIL** 10866 (PAC)
16 **CR.** 23 (PAC)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Opinion & Order dated April 7, 2021, the Court has considered all of

Minier's arguments and found them to be without merit. The petition is accordingly DENIED in

full. Because Minier has not made a substantial showing of the denial of a constitutional right, a

certificate of appealability will not issue. 28 U.S.C. § 2253(c)(2). The Court further certifies,

pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from the Order would not be taken in good

faith, and therefore informa pauperis status is denied for the purpose of an appeal. See Coppedge

v. United States, 369 U.S. 438, 444-45 (1962); accordingly, the case is closed.

**DATED:** New York, New York
        April 7, 2021

**RUBY J. KRAJICK**

                    **Clerk of Court**

BY:

                    **Deputy Clerk**